No. 143.   NEW YORK EX REL. RETSOF MINING CO. *v.* GRAVES ET AL., CONSTITUTING THE STATE TAX COMMISSION OF NEW YORK.   October 9, 1939.   *Per Curiam:* Without passing on the question whether the jurisdiction of the Court of Appeals was properly invoked by application for leave to appeal to that court, the motion to dismiss the appeal to this Court is granted and the appeal is dismissed for want of a substantial federal question.   *And-*

504

*erson* v. *Forty-Two Broadway Co.,* 239 U. S. 69; 72–73; *Denman* v. *Slayton,* 282 U. S. 514, 519–520. *Mr. Henry B. Twombly* for appellant. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Wendell P. Brown,* Assistant Attorney General, for appellees.